JEFFREY A. ROSENFELD, SBN 136896
jeffrey.rosenfeld@dlapiper.com
RACHEL K. K. LOWE, SBN 246361
rachel.lowe@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067-4704
Telephone:  310.595.3000
Facsimile:  310.595.3300

ANDREW L. DEUTSCH (*pro hac vice*
forthcoming)
andrew.deutsch@dlapiper.com
FRANCIS W. RYAN (*pro hac vice* forthcoming)
frank.ryan@dlapiper.com
MATTHEW N. GANAS (*pro hac vice* forthcoming)
matt.ganas@dlapiper.com
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: 212.335.4630
Facsimile: 917.778.8630

Attorneys for Plaintiff
AL JAZEERA MEDIA NETWORK f/k/a
AL JAZEERA SATELLITE NETWORK
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| AL JAZEERA MEDIA NETWORK f/k/a AL JAZEERA SATELLITE NETWORK CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>AMIR ELSHERIF, d/b/a "AL JAZEERA TV1" and AHMED TAHA, d/b/a "JAZIRAA 1",<br><br>Defendants. | CASE NO.<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT UNDER 15 U.S.C. §§ 1114, 1125(A); TRADEMARK DILUTION UNDER 15 U.S.C. § 1125(C); AND COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 101 *ET SEQ.*<br><br>**JURY TRIAL DEMANDED** |

COMPLAINT

1

## INTRODUCTION

2       Plaintiff Al Jazeera Media Network  f/k/a Al Jazeera Satellite Network Corporation ("Al

3 Jazeera," "AJMN" or "Plaintiff") brings this action against Amir Elsherif, d/b/a "AL JAZEERA

4 TV1" and Ahmed Taha, d/b/a "JAZIRAA 1" (collectively, "Defendants") for permanent

5 injunctive relief and damages for violation of the trademark and copyright laws of the United

6 States.  Defendants own and operate paid subscription YouTube channels called "AL JAZEERA

7 TV1" and "JAZIRAA 1" (the "Infringing Channels"), whose content may be streamed on

8 computers and other devices within the United States.  Defendants' use of the "AL JAZEERA

9 TV1" and "JAZIRAA 1" marks willfully infringes Plaintiff's famous registered AL JAZEERA

10 mark.  Defendants' reproduction, distribution, public performance and display of content in which

11 Al Jazeera owns copyright, namely programs first broadcast on Al Jazeera's *Al Jazeera Mubasher*

12 *Misr* ("AJMM") news channel (the *"Mubasher Misr* Programs") infringe on Al Jazeera's United

13 States copyrights in those programs.  As a result, Al Jazeera has suffered, is suffering and, unless

14 relief is entered by this Court, will continue to suffer ongoing harm due to Defendants' conduct as

15 alleged herein.

16

## PARTIES

17       1.      Plaintiff Al Jazeera Media Network is a corporate entity duly formed and existing

18 under the laws of Qatar.  AJMN is headquartered at: Support Services Building, TV Roundabout

19 Area, Ibn Omran, Doha, Qatar, and its primary business mailing address is P.O. Box 23123,

20 Doha, Qatar.

21       2.      Plaintiff AJMN was formerly known as Al Jazeera Satellite Network Corporation.

22 Al Jazeera Satellite Network changed its name to Al Jazeera Media Network by virtue of Qatari

23 Law No. 10 of 2011which also transformed Plaintiff AJMN to a private institution for public

24 benefit.  A true and correct copy of Qatari Law No. 10 of 2011 is annexed hereto as <u>Exhibit 1</u>.

25       3.      Upon information and belief, Defendant Amir Elsherif is an individual and/or

26 entity residing or located at 27 Syria Street -  El Mohandesseen, Cairo, Cairo 12411, Egypt, and is

27 doing business as YouTube channel "AL JAZEERA TV1" through the email address

28 deewaar2015@gmail.com.

COMPLAINT

4.      Upon information and belief, Defendant Ahmed Taha is an individual and/or entity residing or located at 6 Mustafa Elgammal St – Eltanani St – Imbaba, Giza, Giza 12411, Egypt, and is doing business as YouTube channel "JAZIRAA 1" through the email address deewaar2014@gmail.com.

**JURISDICTION AND VENUE**

5.      The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 1338(a) because this action involves substantial claims by Al Jazeera of trademark infringement and dilution arising under the Lanham Act, 15 U.S.C. §§ 1114 and 1125, and copyright infringement arising under the Copyright Act, 17 U.S.C. § 101 *et seq.*

6.      This Court has personal jurisdiction over Defendants because, among other things, Defendants are engaged in tortious conduct within, or are directing tortious conduct to, the State of California and this District, including by: (a) using "AL JAZEERA TV 1" and "JAZIRAA 1" as commercial trade marks in connection with the Infringing Channels on YouTube, to promote and provide services that are identical to those Al Jazeera offers under the AL JAZEERA Mark; (b) reproducing, distributing, and/or publicly performing Al Jazeera's copyrighted *Mubasher Misr* Programs through the Infringing Channels on YouTube, with knowledge that such Programs will be displayed on computers and devices within the State of California and this District; and (c) soliciting payments for subscription to the Infringing Channels to Internet users on YouTube from persons within the State of California and this District.

7.      At all relevant times, (a) Defendants or their agents are doing or have been doing business continuously in the State of California and this District by acts that include, but are not limited to storing copies of videos posted on the Infringing Channels on YouTube's servers located in the State of California, (b) a substantial part of the wrongful acts committed by Defendants have occurred in interstate commerce in the United Sates, in the State of California, and in the Northern District of California, and (c) Defendants' conduct causes injury to, and is directed at, Plaintiff and its intellectual property, within the United States and California.

8.      Defendants have also consented to personal jurisdiction in this District by issuing, in response to take-down notices submitted to YouTube by Al Jazeera, counter-notifications to

COMPLAINT

1  YouTube which expressly state: "I consent to the jurisdiction of the Federal District Court for the

2  district in which my address is located, or if my address is outside of the United States, the

3  judicial district in which YouTube is located, and will accept service of process from the

4  claimant." YouTube is located in this District.

5       9.     Venue is proper in this District to 28 U.S.C. § 1391(b)(1) because, under 28

6  U.S.C. § 1391(c), Defendants are deemed to reside in this district as they are subject to personal

7  jurisdiction in this district at the time the action commenced.

8                              **INTRADISTRICT ASSIGNMENT**

9       10.    This is an intellectual property case and, therefore, intradistrict assignment in any

10  of the judicial divisions is appropriate pursuant to Civil Local Rule 3-2(c).

11                                 **FACTUAL BACKGROUND**

12  **The AL JAZEERA Mark**

13      11.    Plaintiff AJMN is a multinational, multimedia company headquartered in Qatar.

14  AJMN is the ultimate parent company of the well-known *Al Jazeera* brand and family of

15  networks.  AJMN's world-renowned news operation has more than 70 bureaus around the world.

16      12.    The first *Al Jazeera* network launched in 1996 as Al Jazeera Satellite Channel.  In

17  2005, through an official name change under the laws of Qatar, Al Jazeera Satellite Channel

18  became Al Jazeera Satellite Network.  Subsequently, in 2011, Al Jazeera Satellite Network

19  underwent an official name change, pursuant to Qatari Law No. 10 of 2011, to become Plaintiff

20  AJMN, a private institution for public benefit.

21      13.    Since 1996, Plaintiff AJMN and/or its predecessors have continuously and

22  extensively used the *Al Jazeera* trade name and AL JAZEERA Mark in United States commerce,

23  in connection with a variety of journalism, news, sports and entertainment services, distributed

24  through television, satellite, digital and other online media.

25      14.    In 2013, Plaintiff AJMN launched an American basic cable and satellite news

26  channel, called Al Jazeera America ("AJAM").  AJAM is headquartered in New York, New

27  York, and has a total of 12 bureau locations in the United States, including two in the State of

28  California (San Francisco and Los Angeles).

15.     Plaintiff is the owner of U.S. Trademark Registration No. 3,820,209 for the mark AL JAZEERA in International Classes 9, 16, 35, 38 and 41, for various television, news, and video entertainment services.  A true and correct copy of U.S. Trademark Registration No. 3,820,209 is annexed hereto as Exhibit 2.

16.     On or about November 4, 2015, Plaintiff submitted a "Change of Name" assignment with the United States Patent and Trademark Office relating to the conveyance of U.S. Trademark Registration No. 3,820,209 to Al Jazeera Media Network (*see* Exhibit 3), by virtue of Qatari Law No. 10 of 2011 (*see* Exhibit 1).

17.     U.S. Trademark Registration No. 3,820,209 is valid and subsisting and is in full force and effect.  Moreover, this registration constitutes evidence of the validity of the AL JAZEERA Mark, as well as Plaintiff's ownership of, and exclusive right to use, the AL JAZEERA Mark in United States commerce.

18.     Al Jazeera has enjoyed extensive sales, distribution, and viewership of its services in the United States, including in the State of California, under the AL JAZEERA Mark, and has extensively advertised and promoted its services under the AL JAZEERA Mark, including through online media.

19.     As a result of these activities, Al Jazeera has built up and now owns valuable goodwill symbolized by the AL JAZEERA Mark.

20.     The AL JAZEERA Mark is well-known and famous, being widely recognized by the general consuming public, both internationally and in the United States, as a designation of origin of Al Jazeera's services.

**The *Mubasher Misr* Programs**

21.     Launched in April 2005, *Al Jazeera Mubasher* became the first Middle Eastern 24-hour live news and events channel. ("Mubasher" is an Arabic word for "Live".)  Through remote feeds and on-the-ground cameras, *Al Jazeera Mubasher* broadcasts political gatherings, press conferences, discussions, and meetings, bringing audiences the latest on political, social, cultural and economic affairs.  Like all other channels within the *Al Jazeera* family of networks, the *Al Jazeera Mubasher* channel is owned by Plaintiff AJMN.

-4-

COMPLAINT

22.     Launched in 2011, *Al Jazeera Mubasher Misr* (meaning "Live Egypt"), or AJMM, is another channel owned by Plaintiff AJMN, broadcast from Doha, Qatar.

23.     In or around September 2014, an Egyptian court ruling banned AJMM from broadcasting in Egypt (the "2014 Ruling").  Although both the state of Egypt and AJMM have appealed the 2014 Ruling, AJMM temporarily ceased broadcasting in or around December 2014 until such time as the necessary permits are issued for its return to Cairo in coordination with the Egyptian authorities.

24.     At the same time it ceased broadcasting AJMM, Plaintiff AJMN announced the launch of a new, internationally-focused Arabic-language TV service, called *Al Jazeera Mubasher Al-'Amma* (meaning "Live General").  *Al Jazeera Mubasher Al-'Amma* combines *Al Jazeera Mubasher* and AJMM into a single channel.

25.     The 2014 Ruling has been the subject of considerable public interest, debate and controversy in Egypt, across the Middle East and internationally.  Pirating and unauthorized distribution of AJMM programming have become commercial enterprises that Al Jazeera regularly and diligently polices and seeks to repress, both to protect its valuable and exclusive intellectual property rights in its *Mubasher Misr* Programs and to restrict publication in recognition of the current state of Egyptian law.

26.     The *Mubasher Misr* Programs are original works produced by Plaintiff AJMN for exclusive distribution on its wholly-owned AJMM channel.

27.     Plaintiff AJMN owns all rights comprised within copyright in the *Mubasher Misr* Programs, including the exclusive right to distribute, broadcast, display and publicly perform the *Mubasher Misr* Programs around the globe and in the United States, including via the Internet and other digital media.

28.     The *Mubasher Misr* Programs were first distributed by AJMN between November, 2013 and August, 2014, from Doha, Qatar, on Plaintiff's AJMM "free-to-air" satellite television channel accessible across the Middle East.

COMPLAINT

29.     None of the *Mubasher Misr* Programs are "United States works" pursuant to 17 U.S.C. § 411(a), and as a result Plaintiff is not required to register those works for copyright in the United States before filing an action for infringement of copyright in the works.

**Defendants' Infringing Activity and Plaintiff's Take-Down Notices to YouTube**

30.     On information and belief, Defendants have acted together or in concert, or have otherwise conspired, to own, operate and maintain the Infringing Channels.

31.     On information and belief, the "AL JAZEERA TV1" Infringing Channel is registered to Defendant Amir Elsherif using the email address deewaar2015@gmail.com.

32.     On information and belief, the "JAZIRAA 1" Infringing Channel is registered to Defendant Ahmed Tahar using the email address deewaar2014@gmail.com.

33.     On information and belief, Defendant Amir Elsherif, either acting alone or in concert with Defendant Ahmed Tahar and/or others, has deliberately adopted and used a trade name confusingly similar to the AL JAZEERA Mark in United States commerce, in order to intentionally mislead and confuse consumers into believing that Al Jazeera is the source of the "AL JAZEERA TV1" Infringing Channel, or that Al Jazeera is otherwise affiliated with, endorsing or authorizing the "AL JAZEERA TV1" Infringing Channel.

34.     The "AL JAZEERA TV1" Infringing Channel promotes and offers to Internet users in the United States services identical to those offered by Al Jazeera under the AL JAZEERA Mark and identified in U.S. Trademark Registration No. 3,820,209, including, for example, video broadcasting and news agency services. (*See* Exhibit 2.)

35.     On information and belief, Defendant Amir Elsherif has received payments in connection with Internet user subscriptions to the "AL JAZEERA TV1" Infringing Channel.

36.     On information and belief, Defendant Ahmed Tahar, either acting alone or in concert with Defendant Amir Elsherif and/or others, has deliberately adopted and used a trade name confusingly similar to the AL JAZEERA Mark in United States commerce, in order to intentionally mislead and confuse consumers into believing that Al Jazeera is the source of the "JAZIRAA 1" Infringing Channel, or that Al Jazeera is otherwise affiliated with, endorsing or authorizing the "JAZIRAA 1" Infringing Channel.

COMPLAINT

37.     The "JAZIRAA 1" Infringing Channel promotes and offers to Internet users in the United States services identical to those offered by Al Jazeera under the AL JAZEERA Mark and identified in U.S. Trademark Registration No. 3,820,209, including, for example, video broadcasting and news agency services.  (*See* Exhibit 2.)

38.     On information and belief, Defendant Ahmed Tahar has received payments in connection with Internet user subscriptions to the "JAZIRRA 1" Infringing Channel.

39.     On information and belief, Defendants deliberately and in bad faith have adopted and used trade names and trademarks confusingly similar to the AL JAZEERA Mark, to unlawfully misappropriate and unjustly benefit from the considerable goodwill associated with the famous and well-known AL JAZEERA Mark.

40.     On information and belief, Defendants deliberately and in bad faith have adopted and used trade names and trademarks that will dilute by tarnishment and by blurring the strength and goodwill associated with the famous and well-known AL JAZEERA Mark.

41.     On information and belief, as set forth below, Defendants, acting on their own behalf and in combination, have unlawfully reproduced, distributed, displayed and/or publicly performed at least fourteen (14) separate *Mubasher Misr* Programs on or through the Infringing Channels, directed and available to Internet users in the United States.

42.     On information and belief, starting in or around February 14, 2014, from time to time thereafter, and continuing through at least August 17, 2015, Defendant Amir Elsherif, either acting alone or in concert with Defendant Ahmed Tahar and/or others, infringed Al Jazeera's copyrights by reproducing, distributing, displaying and/or publicly performing at least eight (8) *Mubasher Misr* Programs on the "AL JAZEERA TV1" Infringing Channel located at: https://www.youtube.com/channel/UCxiCRSAOphvCFdbZQls-c7A.

43.     On or around August 17, 2015, Al Jazeera submitted copyright take-down notices to YouTube pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512 ("DMCA"), in connection with the infringing activity occurring on and through the "AL JAZEERA TV1" Infringing Channel.

44.     In its DMCA take-down notices relating to the "AL JAZEERA TV1" Infringing Channel, Al Jazeera identified unauthorized publications of *Mubasher Misr* Programs located at the following specific URLs:

- http://www.youtube.com/watch?v=aLRYpUR3xGI
- http://www.youtube.com/watch?v=Z_cj8CVd2dg
- http://www.youtube.com/watch?v=T8X3rbiRmJk
- http://www.youtube.com/watch?v=egzMi66K5y4
- http://www.youtube.com/watch?v=zkho2Cj5uGg
- http://www.youtube.com/watch?v=SYwc7o_hS78
- http://www.youtube.com/watch?v=EfV8Cbrjt2Y
- http://www.youtube.com/watch?v=NL8cJgykwSM

45.     On or about September 9, 2015, Defendant Elsherif issued counter-notifications to YouTube, in response to Al Jazeera's DMCA take-down notices relating to the "AL JAZEERA TV1" Infringing Channels, thereby expressly consenting to personal jurisdiction in this District. Email notices concerning Defendant Elsherif's filing of counter-notifications are annexed hereto as Exhibit 4.

46.     On information and belief, as a result of the filing of counter-notifications by Defendant Elsherif, YouTube restored access to the following URLs listed in Paragraph 44 above. On information and belief, computer and device users in the United States can currently access and stream the infringing reproductions of *Mubasher Misr* Programs through these URLs:

- http://www.youtube.com/watch?v=aLRYpUR3xGI
- http://www.youtube.com/watch?v=Z_cj8CVd2dg
- http://www.youtube.com/watch?v=T8X3rbiRmJk
- http://www.youtube.com/watch?v=egzMi66K5y4
- http://www.youtube.com/watch?v=zkho2Cj5uGg
- https://www.youtube.com/watch?v=NL8cJgykwSM

47.     As of the date of this filing, the YouTube site states "This video is unavailable" with respect to the following URLs listed in Paragraph 44 above. On information and belief,

-8-

access to these videos may be restored at any time as a result of the filing of counter-notifications by Defendant Elsherif:

- http://www.youtube.com/watch?v=SYwc7o_hS78
- http://www.youtube.com/watch?v=EfV8Cbrjt2Y

48.     On information and belief, starting in or about November, 2013, from time to time thereafter, and continuing through at least August 23, 2015, Defendant Ahmed Tahar, either acting alone or in concert with Defendant Amir Elsherif and/or others, infringed Al Jazeera's copyrights by reproducing, distributing, displaying and/or publicly performing at least six (6) *Mubasher Misr* Programs on and through the "JAZIRAA 1" Infringing Channel located at https://www.youtube.com/channel/UCQNampOOsLB8juG-Eep0P5Q.

49.     On or around August 23, 2015, Al Jazeera submitted a copyright notice through YouTube pursuant to the DMCA in connection with the infringing activity occurring on and through the "JAZIRAA 1" Infringing Channel.

50.     In its DMCA take-down notice relating to the "JAZIRRAA 1" Infringing Channel, Al Jazeera identified unauthorized publications of *Mubasher Misr* Programs located at the following specific URLs:

- http://www.youtube.com/watch?v=pUnrzCIrIDk
- http://www.youtube.com/watch?v=WVkE2SLG8GM
- http://www.youtube.com/watch?v=ovXVtYQx-50
- http://www.youtube.com/watch?v=zvlbafA7H68
- http://www.youtube.com/watch?v=Nibajn-0A9Y
- http://www.youtube.com/watch?v=kfe2IRkoyAs

51.     On or about September 11, 2015, Defendant Tahar issued counter-notifications to YouTube, in response to Al Jazeera's DMCA take-down notices relating to the "JAZIRAA 1" Infringing Channels, thereby expressly consenting to personal jurisdiction in this District.  Email notices concerning Defendant Tahar's filing of counter-notifications are annexed hereto as Exhibit 5.

COMPLAINT

52.     On information and belief, as a result of the filing of said counter-notifications, YouTube restored access to the following URL listed in Paragraph 50 above: http://www.youtube.com/watch?v=ovXVtYQx-50.  On information and belief, computer and device users in the United States can currently access and stream an infringing reproduction of a *Mubasher Misr* Program through this URL.

53.     As of the date of this filing, the YouTube site states "This video is unavailable" with respect to the following URLs listed in Paragraph 50 above.  On information and belief, access to these videos may be restored at any time as a result of the filing of counter-notifications by Defendant Tahar:

- http://www.youtube.com/watch?v=pUnrzCIrIDk
- http://www.youtube.com/watch?v=WVkE2SLG8GM
- http://www.youtube.com/watch?v=zvlbafA7H68
- http://www.youtube.com/watch?v=Nibajn-0A9Y
- http://www.youtube.com/watch?v=kfe2IRkoyAs

**FIRST CLAIM FOR RELIEF**
**Trademark and Service Mark Infringement**
**(15 U.S.C. § 1114, Lanham Act § 32)**

54.     Plaintiff realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 53, as if set forth fully herein.

55.     Plaintiff exclusively owns all right, title and interest in and to the AL JAZEERA Mark for use in connection with the services set forth in this Complaint and in Exhibit 2.

56.     Without authorization from Plaintiff, Defendants, acting separately and/or in concert, are using the marks "AL JAZEERA TV1" and "JAZIRAA 1" in United States commerce, to promote and provide the same services that Plaintiff offers under the AL JAZEERA Mark.

57.     Defendants' acts are likely to cause confusion, mistake or deception in the minds of the public and to lead the public and prospective purchasers and viewers to believe that Defendants' services or the Infringing Channels are those of Plaintiff, or that Defendants'

1    services or the Infringing Channels are endorsed, authorized, sponsored by, or otherwise affiliated

2    or connected with, Plaintiff.

3          58.       Defendants' acts constitute willful trademark and service mark infringement of

4    U.S. Trademark Reg. No. 3,820,209 for the AL JAZEERA Mark (<u>Exhibit 2</u>), in violation of

5    Section 32 of the Federal Trademark Act, 15 U.S.C. § 1114.

6          59.       Defendants' acts have caused, are causing, and unless restrained by this Court, will

7    continue to cause irreparable injury to Plaintiff.

8          60.       Plaintiff has no adequate remedy at law.

9                          **<u>SECOND CLAIM FOR RELIEF</u>**
**Trademark and Service Mark Infringement**

10                   **(15 U.S.C. § 1125(a), Lanham Act § 43(a))**

11          61.       Plaintiff realleges and incorporates by this reference each and every allegation set

12    forth in paragraphs 1 through 60, as if set forth fully herein.

13          62.       Plaintiff exclusively owns all right, title and interest in and to the AL JAZEERA

14    Mark and uses the AL JAZEERA Mark in United States commerce in connection with the

15    services set forth in this Complaint.

16          63.       Without authorization from Plaintiff, and with knowledge or reckless disregard of

17    Plaintiff's rights in and to the AL JAZEERA Mark, Defendants, acting separately and/or in

18    concert, are using "AL JAZEERA TV1" and "JAZIRAA 1" as marks in United States commerce.

19          64.       Defendants are thereby using one or more words, terms, or names, or false

20    designations of origin or false or misleading representations of fact, which are likely to cause

21    confusion, mistake or deception in the minds of the public and to lead the public and prospective

22    purchasers and viewers to believe that Defendants' services or the Infringing Channels are those

23    of Plaintiff, or that Defendants' services or the Infringing Channels are endorsed, authorized,

24    sponsored by, or otherwise affiliated or connected with, Plaintiff.

25          65.       Defendants' acts constitute willful trademark and service mark infringement of the

26    AL JAZEERA Mark in violation of Section 43(a) of the Federal Trademark Act, 15 U.S.C. §

27    1125(a).

28

COMPLAINT

66.    Defendants' acts have caused, are causing, and unless restrained by this Court, will continue to cause irreparable injury to Plaintiff.

67.    Plaintiff has no adequate remedy at law.

### THIRD CLAIM FOR RELIEF
**Trademark Dilution**
**(15 U.S.C. § 1125(c), Lanham Act § 43(a))**

68.    Plaintiff realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 67, as if set forth fully herein.

69.    As a result of Plaintiff's extensive and continuous use of the AL JAZEERA Mark as set forth above, and the strong nature of this mark, the AL JAZEERA Mark has become famous and well-known among the general consuming public of the United States, both as a designation of the source of the goods or services of the mark's owner.

70.    Defendants' use of the AL JAZEERA Mark has been done willfully and with the intention to trade on Plaintiff's reputation and/or to cause dilution of the AL JAZEERA Mark by blurring and tarnishment.

71.    Defendants' dilutive use of the Al JAZEERA Mark as set forth above has caused, is causing, and unless restrained by this Court, will continue to cause both dilution by tarnishment and dilution by blurring of the AL JAZEERA Mark, to Plaintiff's irreparable injury.

72.    Plaintiff has no adequate remedy at law.

### FOURTH CLAIM FOR RELIEF
**Copyright Infringement**
**(17 U.S.C § 101, *et. seq.*)**

73.    Plaintiff realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 72, as if set forth fully herein.

74.    Plaintiff is the owner of the exclusive right to reproduce, distribute, display and publicly perform the *Mubasher Misr* Programs in the United States and throughout the world.

75.    Plaintiff has not authorized either of the Defendants, or any of their affiliates or agents, to reproduce, distribute, display or publicly perform any of the *Mubasher Misr* Programs

in the United States, via the Internet or YouTube, or to otherwise exploit any of Plaintiff's exclusive rights to the *Mubasher Misr* Programs.

76.     On information and belief, Defendants have violated Plaintiff's copyrights in and to the *Mubasher Misr* Programs by illegally reproducing, distributing, displaying and/or publicly performing at least fourteen (14) *Mubasher Misr* Programs on and through the Infringing Channels, directed and available to Internet users in the United States.

77.     Defendants' acts of copyright infringement have been willful, intentional, and/or reckless with respect to Plaintiff's rights.

78.     As a direct and proximate result of Defendants' unlawful conduct, Plaintiff has suffered actual damages, and, on information and belief, Defendants have earned profits through paid subscriptions to the Infringing Channels. Plaintiff is entitled to recover its actual damages, and any profits earned by Defendants attributable to their infringing activities, in amounts yet to be determined.

79.     Defendants' infringing conduct has caused, is causing, and unless enjoined and restrained by this Court, will continue to cause Plaintiff irreparable injury for which it cannot be fully compensated and that cannot be measured in monetary damages.

80.     Plaintiff is entitled to an injunction prohibiting further violation of its exclusive ownership interest in the *Mubashir Misr* Programs.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief as follows:

1.     That Defendants be adjudged to have willfully infringed and diluted Plaintiff's trademark rights in the AL JAZEERA Mark and U.S. Trademark Reg. No. 3,820,209, under 15 U.S.C. § 1114 and 15 U.S.C. § 1125(a), (c);

2.     That Plaintiff be awarded actual damages and Defendants' profits attributable to their trademark infringement in an amount to be ascertained, pursuant to 15 U.S.C. § 1117(a) ;and trebled pursuant to 15 U.S.C. § 1117(b);

3.     That Defendants be adjudged to have infringed Plaintiff's copyrights in the *Mubaser Misr* Programs under 17 U.S.C. § 101, *et. seq.*;

-13-

EAST\115865130.1

4. That Plaintiff be awarded actual damages and Defendants' profits attributable to their copyright infringement in an amount to be ascertained, pursuant to 17 U.S.C. § 504(b);

5. That Defendants and their officers, directors, partners, agents, subcontractors, employees, representatives, franchisees, licensees, subsidiaries, parents, and related companies or entities, and all others acting in concert or participation with Defendants, be permanently enjoined from:

a. infringing and diluting the AL JAZEERA Mark, including using "AL JAZEERA TV 1" and "JAZIRAA 1," or any variations or colorable imitations thereof, as trade names in connection with the Infringing Channels, any other YouTube channel, or in connection with any other television, satellite, digital or online service that is likely to cause consumer confusion with respect to Plaintiff's AL JAZEERA Mark; and

b. infringing Plaintiff's exclusive rights in the *Mubasher Misr* Programs by reproducing, distributing, displaying and/or publicly performing the *Mubasher Misr* Programs via the Infringing Channels, any other YouTube channel, or any other television, satellite, digital or online service, or through any other medium.

6. That Defendants provide an accounting to determine all gains, profits, savings and advantages obtained by Defendants as a result of their wrongful actions;

7. That this case be determined to be "exceptional" as to claims under the Lanham Act, and that Plaintiff be determined to be the "prevailing party" as to claims under the Copyright Act, and that Plaintiff all of its costs and reasonable attorneys' fees incurred in prosecuting this matter pursuant to 15 U.S.C. § 1117(a) and 17 U.S.C. §505;

8. That Plaintiff be awarded any such other and further relief as this Court shall deem just and proper.

-14-

1

## **DEMAND FOR JURY TRIAL**

2        Pursuant to Federal Rule of Civil Procedure 38, Plaintiff hereby demands trial by jury on

3   all issues raised in the Complaint.

4

Dated:   November 9, 2015                    DLA PIPER LLP (US)

5

6                                            By   /s/ Rachel E. K. Lowe
                                                  JEFFREY A. ROSENFELD, SBN 136896
7                                                 RACHEL E. K. LOWE, SBN 246361

8                                                 Attorneys for Plaintiff
                                                  AL JAZEERA MEDIA NETWORK f/k/a
9                                                 AL JAZEERA SATELLITE NETWORK
                                                  CORPORATION
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-15-

COMPLAINT

# EXHIBIT 1



Translation
Interpretation
Editing
Copywriting
Public Relations
Recruitment

شركــة بابــل للترجمــة ذ.م.م
Babylon Translation Co. w.l.l

Law No. 10 of 2011

On the transformation of Al Jazeera Satellite Network to a Private Institution for Public Benefit

We, Hamad Bin Khalifa Al Thani, Emir of the State of Qatar;
After having perused the Constitution;
Law no. 1 of 1996 on the establishment of Al Jazeera Satellite Network, and its amendments;
Decree-Law no. 21 of 2006 on Private Institutions for Public Benefit, and its amendments;
Draft Law proposed by the Council of Ministers;
And after due consultation with the Advisory Council;
Have decided the following:

Article (1)

Al Jazeera Satellite Network shall be transformed to a private institution for public benefit, which shall be established by a constitution document and a set of articles of association in accordance with the provisions of Decree-law No. 21 of 2006, mentioned above, with the name of "Al Jazeera Media Network".

Article (2)

Immediately upon completion of the transformation of "Al Jazeera Media Network" to a private institution for public benefit, all moveable and immoveable assets in addition to all rights and obligations of Al Jazeera Satellite Network shall be assumed by "Al Jazeera Media Network" which is formed under the provisions of the above Article.

Article (3)

"Al Jazeera Media Network", as a private institution for public benefit, shall be exempted from all types of taxes and levies. The assets of "Al Jazeera Media Network" shall not be subject to attachment, nor shall its assets be acquired by way of appropriation or prescription notwithstanding its duration.

Article (4)

The board of directors of Al Jazeera Satellite Network shall undertake the supervision and management of all its affairs until the transformation of "Al Jazeera Media Network" is complete and the appointment of its board of directors.

Article (5)

The employees of Al Jazeera Satellite Network shall continue to serve in "Al Jazeera Media Network", maintain their current positions, salaries and all other allocated benefits, until the



| Translation |
| Interpretation |
| Editing |
| Copywriting |
| Public Relations |
| Recruitment |

شركــة بابــل للترجمــة ذ.م.م
Babylon Translation Co. w.l.l

management of the institution is entrusted to its board of directors which shall take the appropriate decision in this respect.

### (Article (6))

The rules, regulations, bylaws and resolutions currently applicable to Al Jazeera Satellite Network shall continue to be applicable until the board of directors of "Al Jazeera Media Network" issues the related regulations, bylaws and resolutions.

### Article (7)

Law No. 1 of 1996, mentioned above,   shall be repealed, and any provision contradictory to the provisions of this Law shall be equally repealed.

### Article (8)

All competent authorities, each within its competence, shall execute this Law which shall come into force on the date of its issuance and shall be published in the Official Gazette.

Hamad Bin Khalifa Al Thani
Emir of the State of Qatar

Issued in the Emiri Diwan on 15.06.1432 AH
Corresponding to 18.05.2011 AD



قانون رقم (10) لسنة 2011

بتحويل شبكة الجزيرة الفضائية إلى مؤسسة خاصة ذات نفع عام

نحن حمد بن خليفة آل ثاني                              أمير دولة قطر،
بعد الاطلاع على الدستور،
وعلى القانون رقم (1) لسنة 1996 بإنشاء شبكة الجزيرة الفضائية، والقوانين المعدلة له،
وعلى المرسوم بقانون رقم (21) لسنة 2006 بشأن المؤسسات الخاصة ذات النفع العام، المعدل بالمرسوم بقانون رقم
(16) لسنة 2007،
وعلى مشروع القانون المقدم من مجلس الوزراء،
وبعد أخذ رأي مجلس الشورى،
قررنا الآتي:

مـــــادة (1)
تحول شبكة الجزيرة الفضائية إلى مؤسسة خاصة ذات نفع عام، تنشأ بوثيقة تأسيس ونظام أساسي، وفقا لأحكام
المرسوم بقانون رقم (21) لسنة 2006 المشار إليه، وتُسمى "شبكة الجزيرة الإعلامية"

مـــــادة (2)
تؤول إلى مؤسسة "شبكة الجزيرة الإعلامية" ، المنشأة وفقا لأحكام المادة السابقة، جميع الأموال الثابتة والمنقولة
المملوكة لشبكة الجزيرة الفضائية وجميع الحقوق والالتزامات المقررة لها أو عليها، وذلك فور إتمام إجراءات إنشائها
كمؤسسة خاصة ذات نفع عام.

مـــــادة (3)
تُعفى مؤسسة "شبكة الجزيرة الإعلامية" المنشأة كمؤسسة خاصة ذات نفع عام، من جميع أنواع الضرائب والرسوم.
كما لا يجوز الحجز على أموالها أو اكتساب ملكيتها بالاستيلاء أو التقادم مهما طالت مدته.

مـــــادة (4)
يتولى مجلس إدارة شبكة الجزيرة الفضائية إدارتها وتصريف جميع شؤونها، وذلك إلى حين استكمال إجراءات إنشاء
مؤسسة "شبكة الجزيرة الإعلامية" وتعيين مجلس إدارتها.

مـــــادة (5)
يستمر الموظفون بشبكة الجزيرة الفضائية في العمل بمؤسسة "شبكة الجزيرة الإعلامية" بذات أوضاعهم ورواتبهم
وجميع المزايا المقررة لهم، إلى أن يتولى إدارة المؤسسة مجلس إدارتها، فيتخذ القرار المناسب في هذا الشأن.

مـــــادة (6)
يستمر العمل باللوائح والقرارات والنظم والقواعد المعمول بها حاليا في شبكة الجزيرة الفضائية، إلى أن يصدر مجلس
إدارة مؤسسة "شبكة الجزيرة الإعلامية" اللوائح والقرارات والنظم المتعلقة بها.

مـــــادة (7)



يُلغى القانون رقم (1) لسنة 1996 المشار إليه، كما يُلغى كل حكم يخالف أحكام هذا القانون.

## مـــادة (8)

على جميع الجهات المختصة، كل فيما يخصه، تنفيذ هذا القانون. ويُعمل به من تاريخ صدوره. وينشر في الجريدة الرسمية.

حمد بن خليفة آل ثاني
أمير دولة قطر

صدر في الديوان الأميري بتاريخ: 1432/6/15هـ
الموافق: 2011/5/18م



# EXHIBIT 2

# United States of America
### United States Patent and Trademark Office

# AL JAZEERA

**Reg. No. 3,820,209**

**Registered July 20, 2010**

**Int. Cls.: 9, 16, 35, 38 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

AL JAZEERA SATELLITE NETWORK (QATAR CORPORATION)
P.O. BOX 23123
DOHA, QATAR

FOR: ELECTRONIC RECORDERS FOR THE TRANSMISSION AND REPLAY OF SOUND AND IMAGES; DOCUMENTARY AND DOCU-DRAMAS CINEMATIC FILMS; PRE-RECORDED VIDEO TAPES, VISUAL DISCS, AND MAGNETIC TAPES WITH SOUND AND IMAGES FEATURING NEWS AND COMMENTARY; SOUND RECORDINGS FEATURING NEWS AND COMMENTARY; FAX MACHINES, INFORMATION TRANSMISSION TELETYPE-WRITERS MACHINES, TELEPHONES, AND COMPUTERS; COMPUTER PERIPHERALS FOR TRANSMISSION OF INFORMATION AND DATA; ELECTRONIC COMPUTER PRINTERS FOR NON-PHOTOGRAPHIC GRAPHICAL INFORMATION; BLANK MAGNETIC DISCS; BLANK VIDEO TAPES; BLANK MAGNETIC TAPES FOR AUDIO AND VIDEO SIGNALS; VIDEO DISPLAY UNITS; COMPUTER KEYBOARDS; COMPUTER SOFTWARE USED TO DISPLAY GRAPHICAL INFORMATION; COMPUTER MEMORIES; COMPUTER INTERFACE PERIPHERALS; DIGITAL SIGNAL TRANSFORMERS TO CONVERT SOUND TO DIGITAL DATA AND VICE VERSA; AND VISUAL DIGITAL TRANSMITTERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRINTED MATTER, NAMELY, BOOKS, MAGAZINES AND NEWSLETTERS IN THE FIELD OF CURRENT NEWS EVENTS; PHOTOGRAPHS; PRINTED REPORTS FEATURING FINANCIAL, ECONOMIC, CULTURAL AND POLITICAL INFORMATION AND DATA; PRINTED INSTRUCTIONAL, EDUCATIONAL, AND TEACHING MATERIALS IN THE FIELD OF MEDIA, MULTIMEDIA AND RELATED FIELDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: ADVERTISING AND PUBLICITY SERVICES TO BE BROADCAST OVER TELEVISIONS; TELEVISION ADVERTISING SERVICES FOR OTHERS; AND COMMERCIAL ADVERTISING SERVICES FOR OTHERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: TELEVISION AND VIDEO BROADCASTING SERVICES; AND NEWS AGENCIES, NAMELY, TRANSMISSION OF NEWS ITEMS TO NEWS REPORTING ORGANIZATIONS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: ENTERTAINMENT SERVICES, NAMELY, PRODUCTION OF TELEVISION PROGRAMS, ESPECIALLY NEWS, DOCUMENTARIES, SPORT AND CULTURAL PROGRAMS AND FINANCIAL, ECONOMIC AND POLITICAL REPORTS; PRODUCTION OF CINEMATIC FILMS; AND NEWS AGENCIES, NAMELY, GATHERING AND DISSEMINATION OF NEWS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Reg. No. 3,820,209**   OWNER OF QATAR REG. NO. 37024, DATED 10-17-2006, EXPIRES 10-17-2016.

OWNER OF QATAR REG. NO. 37023, DATED 10-17-2006, EXPIRES 10-17-2016.

OWNER OF QATAR REG. NO. 37022, DATED 10-17-2006, EXPIRES 10-17-2016.

OWNER OF QATAR REG. NO. 37021, DATED 10-17-2006, EXPIRES 10-17-2016.

OWNER OF QATAR REG. NO. 37020, DATED 10-17-2006, EXPIRES 10-17-2016.

THE ENGLISH TRANSLATION OF THE WORD "AL JAZEERA" IN THE MARK IS THE IS-LAND.

SEC. 2(F).

SER. NO. 77-643,091, FILED 1-5-2009.

RAUL CORDOVA, EXAMINING ATTORNEY

# EXHIBIT 3

## TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | CHANGE OF NAME |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Al Jazeera Satellite Network | | 05/18/2011 | CORPORATION: QATAR |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Name:** | Al Jazeera Media Network |
| **Street Address:** | P.O. Box 23123 |
| **City:** | Doha |
| **State/Country:** | QATAR |
| **Entity Type:** | CORPORATION: QATAR |

**PROPERTY NUMBERS  Total: 1**

| Property Type | Number | Word Mark |
|---|---|---|
| **Serial Number:** | 77643091 | AL JAZEERA |

**CORRESPONDENCE DATA**

Fax Number: 2027995000
Email: hajra.nashin@gmail.com
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*
Correspondent Name: Ryan C. Compton
Address Line 1: 500 Eighth Street, NW
Address Line 4: Washington, D.C.  20004

**DOMESTIC REPRESENTATIVE**

**Name:** Ann K. Ford
**Address Line 1:** 500 Eighth Street, NW
**Address Line 4:** Washington, D.C.  20004

| NAME OF SUBMITTER: | Ryan C. Compton |
|---|---|
| **Signature:** | /Ryan C. Compton/ |

| **Date:** | 11/04/2015 |
|---|---|

**Total Attachments: 4**
source=Al Jazeera Media Network#page1.tif
source=Al Jazeera Media Network#page2.tif
source=Al Jazeera Media Network#page3.tif
source=Al Jazeera Media Network#page4.tif

**RECEIPT INFORMATION**

| **ETAS ID:** | TM361141 |
|---|---|
| **Receipt Date:** | 11/04/2015 |
| **Fee Amount:** | $40 |

# EXHIBIT 4

## Ganas, Matt

| | |
|---|---|
| **From:** | Simon Fowler <simon.fowler@rightster.com> |
| **Sent:** | Wednesday, September 09, 2015 9:21 AM |
| **To:** | Tarek Moussa |
| **Cc:** | Joe Harbinson; Taahir Hoorzook |
| **Subject:** | Re: FW: Counter Notification Procedure |



Hello,

We received the attached counter notification in response to a complaint you filed with us.

We're providing you with the counter notification and await evidence (in not more than 10 business days) that you've filed an action seeking a court order against the counter notifier to restrain the allegedly infringing activity. Such evidence should be submitted by replying to this email. If we don't receive notice from you, we may reinstate the material to YouTube.

If you have already provided YouTube with evidence of a court action in response to a previous counter notification for this URL, there is no need for you to respond again.

If you have any questions, please contact copyright@youtube.com

Regards,

The YouTube Legal Support Team

      Full legal name: Amir Elsherif

      Email address: deewaar2015@gmail.com
      Physical address: 27 syria street -  El Mohandesseen
      Cairo, Cairo 12411 ,egypt

      Telephone number: 01006793040

Identification of the specific URL:

http://www.youtube.com/watch?v=aLRYpUR3xGI
http://www.youtube.com/watch?v=Z_cj8CVd2dg
http://www.youtube.com/watch?v=T8X3rbiRmJk
http://www.youtube.com/watch?v=egzMi66K5y4
http://www.youtube.com/watch?v=zkho2Cj5uGg
http://www.youtube.com/watch?v=SYwc7o_hS78
http://www.youtube.com/watch?v=EfV8Cbrjt2Y
http://www.youtube.com/watch?v=NL8cJgykwSM

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant

I swear, under penalty of perjury, that I have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled

Amir Elsherif

On 9 September 2015 at 13:37, Tarek Moussa <moussat@aljazeera.net> wrote:



## Tarek Moussa

Senior Executive - Digital Distribution | Digital Distribution Department
Global Sales & Distribution Directorate
Global Brand & Communications Division



P.O BOX 23123 DOHA, QATAR
T. +974 4489 7416 M. +974 5588 7609 www.aljazeera.net

.....................................................................................
This email communication is confidential and may be privileged or otherwise protected. It is intended exclusively for those individuals and entities addressed above and any other persons who have been specifically authorised to receive it. You should not copy or disclose its contents to anyone. If you are not such an intended recipient, please notify us that you have received this email in error. Please then delete the email and any attachments and destroy any copies of it. We regret any inconvenience resulting from erroneous delivery of this message and thank you for your cooperation.
Please note that none of the AlJazeera Media Network or any of its affiliated entities will have any liability for any incorrect or incomplete transmission of the information contained in this email nor for any delay in its receipt. Emails are not secure and cannot be guaranteed to be error free. Anyone who communicates with us by email is taken to accept these risks. Any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of the AlJazeera Media Network or any of its affiliated entities. Any logo trademark or other intellectual property forming part of or attached to this email belongs exclusively to the AlJazeera Media Network. Any unauthorized reproduction copying or other use by you or others is strictly prohibited.

**From:** Eithar Ali Abutaha Abutaha
**Date:** Wednesday, September 9, 2015 at 3:12 PM
**To:** Tarek Moussa, Legal Affairs
**Cc:** "Taahir Hoorzook AJ.Digital"
**Subject:** RE: Counter Notification Procedure



## Eithar Ali Abutaha Abutaha
Senior Legal Counsel
Legal Division



P.O BOX 23123 DOHA, QATAR
www.aljazeera.net

.........................................................................
This email communication is confidential and may be privileged or otherwise protected. It is intended exclusively for those individuals and entities addressed above and any other persons who have been specifically authorised to receive it. You should not copy or disclose its contents to anyone. If you are not such an intended recipient, please notify us that you have received this email in error. Please then delete the email and any attachments and destroy any copies of it. We regret any inconvenience resulting from erroneous delivery of this message and thank you for your cooperation.
Please note that none of the AlJazeera Media Network or any of its affiliated entities will have any liability for any incorrect or incomplete transmission of the information contained in this email nor for any delay in its receipt. Emails are not secure and cannot be guaranteed to be error free. Anyone who communicates with us by email is taken to accept these risks. Any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of the AlJazeera Media Network or any of its affiliated entities. Any logo trademark or other intellectual property forming part of or attached to this email belongs exclusively to the AlJazeera Media Network. Any unauthorized reproduction copying or other use by you or others is strictly prohibited.

**From:** Tarek Moussa
**Sent:** Wednesday, September 09, 2015 3:06 PM
**To:** Eithar Ali Abutaha Abutaha <Abutahae@aljazeera.net>; Legal Affairs <legal@aljazeera.net>
**Cc:** Taahir Hoorzook <Taahir.Hoorzook@aljazeera.net>; Simon Fowler <simon.fowler@rightster.com>; Joe Harbinson <joe.harbinson@rightster.com>
**Subject:** FW: Counter Notification Procedure
**Importance:** High



**Tarek Moussa**

Senior Executive - Digital Distribution| Digital Distribution Department
Global Sales & Distribution Directorate
Global Brand & Communications Division



P.O BOX 23123 DOHA, QATAR
T. +974 4489 7416 M. +974 5588 7609www.aljazeera.net

....................................................................................................
This email communication is confidential and may be privileged or otherwise protected. It is intended exclusively for those individuals and entities addressed above and any other persons who have been specifically authorised to receive it. You should not copy or disclose its contents to anyone. If you are not such an intended recipient, please notify us that you have received this email in error. Please then delete the email and any attachments and destroy any copies of it. We regret any inconvenience resulting from erroneous delivery of this message and thank you for your cooperation.
Please note that none of the AlJazeera Media Network or any of its affiliated entities will have any liability for any incorrect or incomplete transmission of the information contained in this email nor for any delay in its receipt. Emails are not secure and cannot be guaranteed to be error free. Anyone who communicates with us by email is taken to accept these risks. Any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of the AlJazeera Media Network or any of its affiliated entities. Any logo trademark or other intellectual property forming part of or attached to this email belongs exclusively to the AlJazeera Media Network. Any unauthorized reproduction copying or other use by you or others is strictly prohibited.

**From:**Simon Fowler
**Date:** Wednesday, September 9, 2015 at 2:19 PM
**To:** Tarek Moussa
**Cc:** Joe Harbinson
**Subject:** Counter Notification Procedure





--
**Simon Fowler** *Senior Account Manager*

Office: +44 203 056 2549
Mobile: +44 7741 249 640
Skype: sfowlerrightster

simon.fowler@rightster.com | @bilkoshuffle

1 Neal Street London WC2H 9QL

www.rightster.com | @Rightster | LinkedIn

Rightster Limited (incorporated in England with company number 07634543) has its registered office at 1 Neal Street London WC2H 9QL. Rightster Limited is a subsidiary of Rightster Group plc (incorporated in England and Wales with company number 08754680).

# EXHIBIT 5

**Ganas, Matt**

| | |
|---|---|
| **From:** | Tarek Moussa <moussat@aljazeera.net> |
| **Sent:** | Friday, September 11, 2015 9:34 AM |
| **To:** | Eithar Ali Abutaha Abutaha |
| **Cc:** | Taahir Hoorzook; Legal Affairs |
| **Subject:** | Fwd: counter notification |



## Tarek Moussa

Senior Executive - Digital Distribution | Digital Distribution Department
Global Sales & Distribution Directorate
Global Brand & Communications Division



P.O BOX 23123 DOHA, QATAR
T. +974 4489 7416 M. +974 5588 7609  www.aljazeera.net

...................................................................................
This email communication is confidential and may be privileged or otherwise protected. It is intended exclusively for those individuals and entities addressed above and any other persons who have been specifically authorised to receive it. You should not copy or disclose its contents to anyone. If you are not such an intended recipient, please notify us that you have received this email in error. Please then delete the email and any attachments and destroy any copies of it. We regret any inconvenience resulting from erroneous delivery of this message and thank you for your cooperation.
Please note that none of the AlJazeera Media Network or any of its affiliated entities will have any liability for any incorrect or incomplete transmission of the information contained in this email nor for any delay in its receipt. Emails are not secure and cannot be guaranteed to be error free. Anyone who communicates with us by email is taken to accept these risks. Any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of the AlJazeera Media Network or any of its affiliated entities. Any logo trademark or other intellectual property forming part of or attached to this email belongs exclusively to the AlJazeera Media Network. Any unauthorized reproduction copying or other use by you or others is strictly prohibited.

Begin forwarded message:

**From:** <copyright@youtube.com>
**Date:** September 11, 2015 at 3:07:32 AM GMT+3
**To:** <moussat@aljazeera.net>
**Subject: Re: counter notification**

Hello,

We received the attached counter notification in response to a complaint you filed with us.

We're providing you with the counter notification and await evidence (in not more than 10 business days) that you've filed an action seeking a court order against the counter notifier to restrain the allegedly infringing activity. Such evidence should be submitted by replying to this email. If we don't receive notice from you, we may reinstate the material to YouTube.

If you have already provided YouTube with evidence of a court action in response to a previous counter notification for this URL, there is no need for you to respond again.

If you have any questions, please contact copyright@youtube.com

Regards,

The YouTube Legal Support Team

Full legal name: Ahmed Taha

Email address: deewaar2014@gmail.com

Physical address: 6 mustafa elgammal st - eltanani st - imbaba giza, giza 12411 ,egypt

Telephone number: 01018765432

Identification of the specific URL:
http://www.youtube.com/watch?v=pUnrzCIrIDk
http://www.youtube.com/watch?v=WVkE2SLG8GM
http://www.youtube.com/watch?v=ovXVtYQx-50
http://www.youtube.com/watch?v=zvlbafA7H68
http://www.youtube.com/watch?v=Nibajn-0A9Y
http://www.youtube.com/watch?v=kfe2IRkoyAs

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant

I swear, under penalty of perjury, that I have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled

Ahmed Taha